IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ELVIS DEAN ROBERTS,<br>TDCJ No. 1289838, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil No. 7:12-CV-211-O |
| JERRY REVELL, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusion, and Recommendation of the United States Magistrate Judge (ECF No. 77), I am of the opinion that the fact findings and conclusions of law set forth in the Findings, Conclusion, and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the findings of the Court.

Accordingly, Defendants' Motions for Judgment on the Pleadings (ECF Nos. 71 & 72) are GRANTED and this action, being time-barred, is dismissed with prejudice pursuant 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

SO ORDERED this 3rd day of April, 2015.

*Reed O'Connor*
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**